UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:13-cv-01612-WTL-TAB |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The defendants respectfully submit this notice to inform the Court of a recent development in a related case. The United States Court of Appeals for the District of Columbia Circuit has granted the federal government's petition for rehearing *en banc*, and has vacated the judgment of a panel that had invalidated the Treasury regulation that is at issue in this case. *Halbig v. Burwell*, 758 F.3d 390 (D.C. Cir. Jul. 22, 2014), *vacated and reh'g granted*, 2014 WL 4627181 (D.C. Cir. Sept. 4, 2014).

1

Dated:  September 19, 2014        Respectfully submitted,

       JOYCE R. BRANDA
Acting Assistant Attorney General

JOSH J. MINKLER
Acting United States Attorney

SHELESE WOODS
Assistant United States Attorney


*/s/ Joel McElvain*
SHEILA LIEBER
Deputy Branch Director
JOEL McELVAIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov

CERTIFICATE OF SERVICE

     I hereby certify that on September 19, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ashley Tatman Harwel
ashley.harwel@atg.in.gov

Heather Hagan McVeigh
heather.mcveigh@atg.in.gov

Thomas M. Fisher
tom.fisher@atg.in.gov

Andrew M. McNeil
amcneil@boselaw.com

John Zhi Huang
jhuang@boselaw.com

Winthrop James Hamilton
jhamilton@boselaw.com

                                                       */s/ Joel McElvain*
                                                      JOEL McELVAIN
                                                      Senior Trial Counsel
                                                      U.S. Department of Justice
                                                      Civil Division, Federal Programs Branch
                                                      20 Massachusetts Avenue, NW
                                                      Washington, D.C. 20530
                                                      (202) 514-2988
                                                      Joel.McElvain@usdoj.gov