**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| STATE OF INDIANA, et al., | ) |
| | ) |
|    Plaintiffs, | ) |
| | ) |
|      vs. | ) CAUSE NO. 1:13-cv-1612-WTL-TAB |
| | ) |
| INTERNAL REVENUE SERVICE, et al., | ) |
| | ) |
|    Defendants. | ) |

**ENTRY REGARDING ORAL ARGUMENT**

     This cause is set for oral argument regarding the pending motions for summary judgment on October 9, 2014, at 9:30 a.m. The Court has considered the parties' dueling proposals regarding how the arguments should be structured and, being duly advised, determines that each side shall have thirty minutes to present argument regarding Count I and thirty minutes to present argument regarding Counts II, III, and IV. The Plaintiffs will go first and may divide this time among themselves however they wish; they also may determine how much of their time they wish to reserve for rebuttal. The Court will hear all of the parties' arguments with regard to Count I and then hear all of the arguments with regard to Counts II, III, and IV. The parties are advised that the Court is particularly interested in hearing argument regarding the privity issue.

     SO ORDERED: 9/24/14

                                                        _____
                                                        Hon. William T. Lawrence, Judge
                                                        United States District Court
                                                        Southern District of Indiana

Copies to all counsel of record via electronic notification