UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | No. 1:13-cv-01612-WTL-TAB |
| INTERNAL REVENUE SERVICE, et al., ) | |
| ) | |
| Defendants. ) | |

**ENTRY FOR OCTOBER 14, 2014**
**HONORABLE WILLIAM T. LAWRENCE**

Parties appear by counsel for oral argument on October 9, 2014.

Hearing held and concluded. Ruling shall be issued under separate order.

Distribution to all registered counsel by electronic notification via CM/ECF