UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STATE OF INDIANA, *et al*. ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 1:13-cv-01612-WTL-TAB |
| ) | |
| INTERNAL REVENUE SERVICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

The defendants respectfully submit this notice to inform the Court of recent developments in related cases.

On November 7, 2014, the Supreme Court granted the plaintiffs' petition for a writ of certiorari in *King v. Burwell*, No. 14-114. That petition seeks the Court's review of the decision of the Fourth Circuit in *King v. Burwell*, 759 F.3d 358 (4th Cir. 2014). A decision is expected this Term.

On November 12, 2014, the United States Court of Appeals for the District of Columbia Circuit, sitting *en banc*, entered an order holding proceedings in *Halbig v. Burwell*, No. 14-5018 (D.C. Cir.), in abeyance pending the decision of the Supreme Court in *King*.

1

Dated:  November 17, 2014					Respectfully submitted,

						JOYCE R. BRANDA
						Acting Assistant Attorney General

						JOSH J. MINKLER
						Acting United States Attorney

						SHELESE WOODS
						Assistant United States Attorney


						*/s/ Joel McElvain*
						SHEILA LIEBER
						Deputy Branch Director
						JOEL McELVAIN
						Senior Trial Counsel
						U.S. Department of Justice
						Civil Division, Federal Programs Branch
						20 Massachusetts Avenue, NW
						Washington, D.C. 20530
						(202) 514-2988
						Joel.McElvain@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2014, a copy of the foregoing document was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Ashley Tatman Harwel
ashley.harwel@atg.in.gov

Heather Hagan McVeigh
heather.mcveigh@atg.in.gov

Thomas M. Fisher
tom.fisher@atg.in.gov

Andrew M. McNeil
amcneil@boselaw.com

John Zhi Huang
jhuang@boselaw.com

Winthrop James Hamilton
jhamilton@boselaw.com

/s/ Joel McElvain
JOEL McELVAIN
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20530
(202) 514-2988
Joel.McElvain@usdoj.gov